Sidney H. Scheinberg, Esq.
State Bar No. 17736620
GLAST, PHILLIPS & MURRAY, P.C.
2200 One Galleria Tower
13355 Noel Rd., L.B. 48
Dallas, Texas 75240-1518
972-419-7177; Fax 972-419-8329
Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| Sharon Laverne Starks, | § | CASE NO. 08-70547 |
| Debtor. | § § | |

NOTICE OF TERMINATION OF AUTOMATIC STAY
DUE TO FAILURE TO CURE DEFAULT

1. On April 23, 2009, an Agreed Order Conditioning Automatic Stay was entered with the Court. The Debtor failed to comply with the terms of the Agreed Order and a default letter was sent to Debtor pursuant to said Order. Debtor failed to cure the default in accordance with the letter.

2. In accordance with the Agreed Order, the automatic stay is terminated with respect to Walter Mortgage Company.

Respectfully submitted,

GLAST, PHILLIPS & MURRAY, P.C.

BY:   /s/ Sidney H. Scheinberg
SIDNEY H. SCHEINBERG-17736620
2200 One Galleria Tower
13355 Noel Rd., L.B. 48
Dallas, Texas 75240-1518
972-419-7177; Fax 972-419-8329
Attorneys for Movant

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Termination of Automatic Stay Due to Failure to Cure Default was served on August 11, 2009. Service was accomplished by electronic notice and/or first class mail, postage prepaid, as shown:

Sharon Laverne Starks
1519 New Haven Road
Wichita Falls, TX 76306

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301

Walter OCheskey
6308 Iola Avenue
Lubbock, TX 79424

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

                                              /s/ Sidney H. Scheinberg
                                             SIDNEY H. SCHEINBERG